**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
T.H., individually and on behalf of M.H.,
a child with a disability,

                Plaintiff,                21 **CIVIL** 10962 (JMF)(JLC)

      -against-                   **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 29, 2022, Magistrate Judge Cott's R&R is ADOPTED in full, and Plaintiff is awarded a total of $24,571.76 in attorney's fees and costs, plus post-judgment interest; accordingly, the case is closed.

**Dated:**  New York, New York
         December 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                **BY:**     *K. Mango*
                                                          **Deputy Clerk**