UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
T. H., et al., :
:
                Plaintiffs, :
: 21-CV-10962 (JMF)
    -v- :
: ORDER
:
NEW YORK CITY DEPARTMENT OF EDUCATION, :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the Second Circuit's decision affirming the prior judgment in this case in all relevant respects and Plaintiffs' letter relating to entry of a final judgment, *see* ECF No. 48, the Clerk of Court is directed to reinstate the prior judgment at ECF No. 44 and/or enter a new judgment consistent with ECF No. 44.

      SO ORDERED.

Dated: August 16, 2023
       New York, New York
                                              JESSE M. FURMAN
                                         United States District Judge