UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T.H., individually and on behalf of M.H.,
a child with a disability,

                Plaintiff,                21 **CIVIL** 10962 (JMF)(JLC)

    -against-                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated December 29, 2022 and August 16, 2023, Magistrate Judge Cott's R&R is ADOPTED in full, and Plaintiff is awarded a total of $24,571.76 in attorney's fees and costs, plus post-judgment interest.

**Dated:**  New York, New York
         August 17, 2023

                                      **RUBY J. KRAJICK**
                                          **Clerk of Court**

                **BY:**

                                          **Deputy Clerk**